JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WHITE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>STU SHERMAN,<br><br>　　　　Respondent. | Case No.  CV 20-2518-CJC (PD)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: October 15, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE